# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136580

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CESAR CASSARRUBIAS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136580
COA: 283135
Allegan CC: 03-034010-DJ

On order of the Court, the application for leave to appeal the April 25, 2008 order of the Court of Appeals is considered. We DIRECT former appellate counsel, Pedro Ferrer, to file a supplemental brief addressing the reason(s) for his failure to file an application for leave to appeal in the Court of Appeals within the deadlines set forth in MCR 7.205. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

s1020